UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL REYES-TORNERO, | Case No. 1:18-cv-00445-LJO-JDP |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR EVIDENTIARY HEARING |
| v. | ECF No. 20 |
| M. ELIOT SPEARMAN, | |
| Respondent. | |

Petitioner Jose Manuel Reyes-Tornero, represented by counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner moves for an evidentiary hearing, seeking testimony of his trial counsel. ECF No. 20. We agree with respondent that petitioner's motion should be denied.

A state prisoner seeking an evidentiary hearing must show that he "was not at fault in failing to develop that evidence in state court, or (if he was at fault) if the conditions prescribed by § 2254(e)(2) were met." *Holland v. Jackson*, 542 U.S. 649, 652-53 (2004). Under Section 2254(e)(2), the petitioner must show either a new, retroactive rule of constitutional law that was unavailable to him or a fact that he could not have discovered through the exercise of due diligence. 28 U.S.C. § 2254(e)(2)(A)(ii). When the petitioner fails to carry this burden, the court may not hold an evidentiary hearing. *Id*. § 2254(e)(2).

Here, petitioner states that his trial counsel's declaration "was sought throughout the state court proceedings, to no avail," *id.* at 1, but petitioner does not state whether he pursued an appropriate motion in state court or how he sought to develop the record in state court. Petitioner's statement is too conclusory; he has not shown that he was not at fault in failing to develop the

1

record in state court. Petitioner also argues that the state court unreasonably applied federal law by failing to hold an evidentiary hearing, but petitioner does not explain the reasons why the state court should have held an evidentiary hearing. *See id*. at 1-2. He has not shown that the state court's failure to hold an evidentiary hearing was unreasonable. The court will deny petitioner's motion for an evidentiary hearing.

**Order**

Petitioner's motion for an evidentiary hearing, ECF No. 20, is denied.

IT IS SO ORDERED.

Dated: January 16, 2019

UNITED STATES MAGISTRATE JUDGE